

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Jairon Roberto Serrano Benitez

|  | |
|---|---|
| **Plaintiff,** | **Civil Action No.** _26-cv-0543-LL-DEB_ |
| **V.** | |
| See Attachment | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court ORDERS Petitioner's Petition for Writ of Habeas Corpus is GRANTED. Respondents shall provide Petitioner with an individualized bond hearing before an immigration judge pursuant to 8 U.S.C. § 1226(a) within seven (7) days of the date of this order. This case is hereby closed.

**Date:** _____2/11/26_____

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/  B. Chandler _____

B. Chandler, Deputy

# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

(ATTACHMENT)

**Civil Action No.**  26-cv-0543-LL-DEB

Respondents:

Christopher J. Larose,
Warden Otay Mesa Detention Center;

Pamela Bondi
United States Attorney General;

Kristi Noem
Secretary of the Department of Homeland Security;

Patrick Divver
ICE San Diego Field Office Director